■ In the Matter of JAMES A. JENNINGS Co., INC., Appellant, v NEWBURGH STEEL PRODUCTS, INC., Respondent. [671 NYS2d 984] —In a proceeding pursuant to CPLR article 75 to permanently stay arbitration of a claim to recover damages for breach of contract, the appeal is from an order of the Supreme Court, Westchester County (DiBlasi, J.), dated April 11, 1997, which, after a hearing, denied the petition.

Ordered that the order is reversed, on the law, with costs, the petition is granted, and arbitration is permanently stayed.

The respondent Newburgh Steel Products, Inc., solicited and was awarded a bid to fabricate and install steel products as part of the construction of a school gymnasium. Thereafter, while the work went forward, the parties attempted to formalize their agreement. However, the parties cannot be said to have evidenced a clear and unequivocal intent to arbitrate (*see, Wecker v Quaderer,* 237 AD2d 513).

In light of our determination, it is unnecessary to address the appellant's remaining contention. Bracken, J. P., Copertino, Pizzuto and Altman, JJ., concur.